# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A.; PDV HOLDING, INC.; and CITGO HOLDING, INC., f/k/a PDV AMERICA, INC., <br><br> Defendants. | Civil Action No. 15-1082-LPS |

## ORDER

At Wilmington this **30th** day of **September, 2016**, consistent with the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that Defendants PDV Holding, Inc. ("PDVH") and CITGO Holding, Inc.'s Motion to Dismiss (D.I. 8) is

1. **DENIED** as to Plaintiff's First Cause of Action with respect to PDVH;

2. **GRANTED** as to CITGO Holding; and

3. **GRANTED** as to Plaintiff's Second Cause of Action.

**IT IS FURTHER ORDERED** that CITGO Holding is dismissed from this case.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and, no later than **October 7, 2016**, provide the Court with a joint status report.

HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE