**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | :|  |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : | |
| | : | |
| *Plaintiff*, | : | Case No. 1:15-cv-01082-LPS |
| | : | |
| v. | : | Hon. Leonard P. Stark |
| | : | |
| PETRÓLEOS DE VENEZUELA, S.A.; PDV HOLDING, INC.; and CITGO HOLDING, INC., f/k/a PDV America, Inc., | : | |
| | : | |
| *Defendants*. | : | |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and the collateral order doctrine, notice is hereby given that Defendant PDV Holding, Inc. ("PDVH") appeals to the United States Court of Appeals for the Third Circuit from the Order of this Court dated September 30, 2016, denying PDVH dismissal from the above-captioned case, which raises the issue of immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611. The Order meets all of the criteria set forth in *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541 (1949), and similar cases, and is therefore immediately appealable.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Kenneth J. Nachbar*
Kenneth J. Nachbar (#2067)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
KNachbar@mnat.com

OF COUNSEL:

Nathan P. Eimer
Lisa S. Meyer
EIMER STAHL LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
(312) 660-7600
NEimer@eimerstahl.com
LMeyer@eimerstahl.com

October 28, 2016