# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 17-mc-151-LPS |
| | : | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 15-cv-1082-LPS |
| | : | |
| PDV HOLDING INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 16-cv-1007-LPS |
| | : | |
| PDV HOLDING INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| CONOCOPHILLIPS PETROZUATA B.V., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 16-cv-904-LPS |
| | : | |
| PETROLEOS DE VENEZUELA S.A., et al., | : | |
| | : | |
| Defendants. | : | |

CONOCOPHILLIPS PETROZUATA B.V., et al.,  :
                                :
       Plaintiffs,               :
                                :
       v.                     :         C.A. No. 17-cv-28-LPS
                                  :
PETROLEOS DE VENEZUELA S.A., et al.,  :
                                :
       Defendants.          :

---

## MEMORANDUM ORDER

At Wilmington, this **30th** day of **November, 2018**:

Having reviewed the letters filed this week in the *Crystallex Asset Proceeding, Crystallex I*, and *Crystallex II* (No. 17-mc-151 D.I. 130, 131; C.A. No. 15-1082 D.I. 112, 113; C.A. No. 16-1007 D.I. 66, 67), as well as the August 24, 2018 joint status reports filed in *Crystallex I, Crystallex II, ConocoPhillips I*, and *ConocoPhillips II* (C.A. No. 15-1082 D.I. 110; C.A. No. 16-1007 D.I. 64; C.A. No. 16-904 D.I. 63; C.A. No. 17-28 D.I. 59),

IT IS HEREBY ORDERED that:

1.     The *Crystallex Asset Proceeding* (No. 17-mc-151) is STAYED until the later of (i) January 10, 2019 or (ii) the Third Circuit's disposition of the petition for writ of mandamus and the consolidated appeals.

2.     The parties involved in the *Crystallex Asset Proceeding* shall submit a joint status report no later than the later of (ii) January 24, 2019 or (ii) fourteen (14) days after the Third Circuit's disposition referenced in paragraph 1 above. The parties shall use their best efforts to serve a copy of their status report(s) on the parties to the four related cases (C.A. Nos. 15-1082, 16-1007, 16-904, 17-28) ("*Related Cases*").

3.     The *Related Cases* shall remain STAYED until the Court lifts the stay in the *Crystallex Asset Proceeding* or enters some other order lifting the stay in one or more of the *Related Cases*.

4.     The parties in the *Related Cases* shall submit one or more joint status reports no later than seven (7) days after the filing of any joint status report filed in the *Crystallex Asset Proceeding* as ordered in paragraph 2 above.

5.     All obligations to file a status report today, November 30, 2018, are VACATED.

6.     The hearing scheduled for December 20, 2018 is CANCELLED.

_____
UNITED STATES DISTRICT JUDGE