# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYSTALLEX INTERNATIONAL CORP, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 15-cv-1082-LPS |
| PDV HOLDING INC., | ) ) ) | |
| Defendant. | ) | |
| CONOCOPHILLIPS PETROZUATA B.V., et al., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 16-cv-904-LPS |
| PETROLEOS DE VENEZUELA S.A. et al., | ) ) ) ) | |
| Defendants. | ) | |
| CRYSTALLEX INTERNATIONAL CORP, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 16-cv-1007-LPS |
| PDV HOLDING INC., | ) ) ) | |
| Defendant. | ) | |
| CONOCOPHILLIPS PETROZUATA B.V., et al., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civil Action No. 17-cv-28-LPS |

|  |  |
|---|---|
| PETROLEOS DE VENEZUELA S.A. et al., | ) ) ) ) ) ) |
| Defendants. | ) |

|  |  |
|---|---|
| CRYSTALLEX INTERNATIONAL CORP, | ) ) ) ) ) |
| Plaintiff, | ) |
| v. | )   Civil Action No. 17-mc-151-LPS |
|  | ) ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) ) ) |
| Defendant. | ) |

|  |  |
|---|---|
| SAINT-GOBAIN PERFORMANCE PLASTICS EUROPE, | ) ) ) ) |
| Plaintiff, | ) |
| v. | )   Civil Action No. 18-cv-1963-LPS |
|  | ) ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, et al., | ) ) ) |
| Defendants. | ) |

|  |  |
|---|---|
| OI EUROPEAN GROUP B.V., | ) ) ) |
| Plaintiff, | ) |
| v. | )   Civil Action No. 19-cv-290-LPS |
|  | ) ) |
| BOLIVARIAN REPUBLIC OF VENEZUELA, et al., | ) ) ) |
| Defendants. | ) |

## NOTICE BY THE UNITED STATES OF ITS RECEIPT OF THIS COURT'S DECEMBER 12, 2019 ORDER

The United States of America, by and through undersigned counsel, hereby respectfully advises the Court that the United States is in receipt of this Court's December 12, 2019 order, in which the Court "invites and would welcome any input that the Executive Branch of the United States Government would like to provide at any and all future stages of any of the above-captioned actions." Order, ECF No. 120.

The United States greatly appreciates the Court's awareness of the United States' potential interest in the issues raised by these cases and the invitation to participate. The United States is carefully considering those issues. It will advise this Court if it determines it appropriate to file a Statement of Interest pursuant to 28 U.S.C. § 517.

Dated: December 30, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel. (202) 514-1944
Email: joseph.borson@usdoj.gov